# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSE MELENDREZ, JR.,

      **Plaintiff,**

  v.                                         Case No. 10-C-271

HONORABLE SAMUEL FRED BRIERY,
HONORABLE AULIA MOSES LUDLUM,
HONORABLE ORLANDO L. GARCIA,
HONORABLE EDITH JONES,
and HONORABLE DINEEN KING,

      **Defendants.**

## DECISION AND ORDER

On May 21, 2010, this Court entered an Order granting the Defendants' Civil Local Rule 7(h) expedited non-dispositive motion for transfer of this action pursuant to 28 U.S.C. § 1404(a). The action, filed by pro se Plaintiff Jose Melendrez, Jr. ("Melendrez") against the five Defendant federal judges, arises out of his alleged service as an informant for the State of Texas and the United States Drug Enforcement Administration, his federal conviction for conspiring to distribute marijuana, and subsequent actions and complaints brought by Melendrez. On May 24, 2010, as directed by the Court, the Clerk of Court transferred the action to the Western District of Texas where an almost identical action filed by Melendrez is pending.

On May 28, 2010, Melendrez filed a motion to meet with the Chief Judge of this District, Charles N. Clevert, Jr., regarding this action. On June 2, 2010, Melendrez filed an emergency request to meet with the Chief Judge of the Seventh Circuit Court of Appeals, Frank H. Easterbrook regarding this action and his appeal of this action. Melendrez requests that the Government be present at both those meetings because Melendrez would like to discuss highly classified information. If Melendrez wants to pursue the meetings, he should write the judges and the United States Attorney and make those requests. This Court will not order that such meetings occur.

Melendrez also has filed a motion to stay the proceedings pursuant to Rule 8(a)(1)(A) of the Federal Rules of Appellate Procedure. The action has been transferred to the Western District of Texas. The matter is no longer pending in this District. The appropriate forum to seek a stay of the proceedings is the Western District of Texas. Melendrez's motion for a stay is denied.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Melendrez's motion for a meeting with Chief Judge Clevert is **DENIED**;

Melendrez's request for a meeting with Seventh Circuit Chief Judge Easterbrook is **DENIED**; and,

Melendrez's motion for a stay of proceedings is **DENIED**.

2

Dated at Milwaukee, Wisconsin this 4th day of June, 2010.

**BY THE COURT**

*s/ Rudolph T. Randa*
**Hon. Rudolph T. Randa
U.S. District Judge**